RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CATRIONA M. COPPLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-514-5153 (v)
202-514-6866 (f)
Catriona.M.Coppler@usdoj.gov

*Attorney for the Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSEPH ARLEO, *et al.*, | Case No. 2:18-cv-01133-MCE-GGH |
| Plaintiffs, | **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED:

1. The Stipulation of Dismissal with Prejudice is approved in its entirety;

2. This action is DISMISSED with prejudice; and

3. The parties shall bear their own costs and fees associated with this action.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE